Dismissed and Memorandum Opinion filed March 12, 2009








Dismissed
and Memorandum Opinion filed March 12, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00135-CV

____________

 

UNIFUND CCR PARTNERS, Appellant

 

V.

 

MATTHEW BADE, Appellee

 



 

On Appeal from the
County Civil Court at Law No. 2

Harris County,
Texas

Trial Court Cause
No. 925062

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed January 20, 2009.  On March 2, 2009, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Frost, Brown, and Boyce.